IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LENABURG, | No. C 20-7979 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| MARCUS POLLARD, | |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, sent a letter to Judge Tigar inquiring about the possibility of release from custody. The clerk construed the letter as an attempt to seek federal habeas relief, opened this case as a petition for a writ of habeas corpus, and informed petitioner that in order to proceed with the case he must file a form petition. Petitioner has filed a motion to withdraw in which he explains that he does not wish to proceed with a habeas action because he has not fully exhausted his state court remedies and has not prepared his federal claims. Good cause appearing, petitioner's motion to withdraw his petition is **GRANTED,** and the case is **DISMISSED** without prejudice as having been opened in error. No fee is due.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February  9 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE